JACQUELINE P. COX
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
HAYES SR., THOMAS E § Case No. 10-30402
HAYES, CAROL §
§
Debtor(s) §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 07/07/2010 . The undersigned trustee was appointed on 07/07/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    9,700.47

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 9,700.47 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 12/06/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,720.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,720.05 , for a total compensation of $ 1,720.05 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 12/16/2010            By:/s/PHILIP V. MARTINO
                                Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R., § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No:        10-30402    JPC    Judge: JACQUELINE P. COX
Case Name:      HAYES SR., THOMAS E
                HAYES, CAROL
For Period Ending: 12/16/10

Trustee Name:                       PHILIP V. MARTINO
Date Filed (f) or Converted (c):    07/07/10 (f)
341(a) Meeting Date:                09/02/10
Claims Bar Date:                    12/06/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18151 OHIO COURT, ORLAND PARK, ILLINOIS 60467 | 221,000.00 | 0.00 | | 0.00 | FA |
| 2. FIFTH THIRD BANK CHECKING ACCOUNT | 10.00 | 0.00 | | 0.00 | FA |
| 3. SANDARD BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 4. HARRIS BANK CHECKING ACCOUNT | 103.00 | 0.00 | | 0.00 | FA |
| 5. HARRIS BANK SAVINGS ACCOUNT | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. FIFTH THIRD BANK SAVINGS | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2 BEDS, 2 DRESSERS, 2 ARMOIRES, KITCHEN TABLE AND | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. TWO ORDINARY ADULT SUPPLIES | 700.00 | 0.00 | | 0.00 | FA |
| 9. MINK COAT AND MISCELLANEOUS | 120.00 | 0.00 | | 0.00 | FA |
| 10. FIREARM 357 MAGNUM | 50.00 | 0.00 | | 0.00 | FA |
| 11. MET LIFE INSURANCE | 4,700.00 | 0.00 | | 0.00 | FA |
| 12. MONUMENTAL INSURANCE | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. MBA LIFE INSURANCE | 3,300.00 | 0.00 | | 0.00 | FA |
| 14. CITY OF CHICAGO POLICE PENSION RECEIVING MONTHLY | 3,086.00 | 0.00 | | 0.00 | FA |
| 15. HOLY CROSS HOSPITAL PENSION, RECEIVING MONTHLY | 79.12 | 0.00 | | 0.00 | FA |
| 16. 2005 BUICK LACROSSE WITH 38,000 MILES | 8,575.00 | 0.00 | | 4,850.00 | FA |
| 17. 2007 HYUNDAI SANTE FE WITH 48,000 MILES | 13,325.00 | 0.00 | | 4,850.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.47 | Unknown |
| TOTALS (Excluding Unknown Values) | $260,648.12 | $0.00 | | $9,700.47 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/03/10      Current Projected Date of Final Report (TFR): 03/31/11

LFORM1    UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.20

Page: 2
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        10-30402     JPC    Judge: JACQUELINE P. COX
Case Name:    HAYES SR., THOMAS E
                      HAYES, CAROL

Trustee Name:                              PHILIP V. MARTINO
Date Filed (f) or Converted (c):    07/07/10 (f)
341(a) Meeting Date:                   09/02/10
Claims Bar Date:                          12/06/10

LFORM1    UST Form 101-7-TFR (9/1/2009) (Page: 4)

Ver. 15.20

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-30402 -JPC | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | HAYES SR., THOMAS E | Bank Name: | BANK OF AMERICA, N.A. |
| | HAYES, CAROL | Account Number / CD #: | *******0580 BofA - Money Market Account |
| Taxpayer ID No: | *******6551 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 12/16/10 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/10 | | Thomas and Carol Hayes | | | | | |
| | * NOTE * | THOMAS AND CAROL HAYES | Memo Amount:    9,700.00 | 1129-000 | 9,700.00 | | 9,700.00 |
| | | | * NOTE * Properties 16, 17 | | | | |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 9,700.22 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,700.47 |

|  |  |  |  |
| --- | --- | --- | --- |
| Memo Allocation Receipts: | 9,700.00 | COLUMN TOTALS | 9,700.47    0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00    0.00 |
| Memo Allocation Net: | 9,700.00 | Subtotal | 9,700.47    0.00 |
| | | Less: Payments to Debtors | 0.00 |
| | | Net | 9,700.47    0.00 |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| | | TOTAL - ALL ACCOUNTS BofA - Money Market Account - *******0580 | 9,700.47 | 0.00 | 9,700.47 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

| Total Allocation Receipts: | 9,700.00 |
| --- | --- |
| Total Allocation Disbursements: | 0.00 |
| Total Memo Allocation Net: | 9,700.00 |

| | | | Page Subtotals | 9,700.47 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Total Funds On Hand |

Ver: 15.20

LFORM24   UST Form 101-7-TFR (9/1/2009) (Page: 5)

## ANALYSIS OF CLAIMS REGISTER

CASE NO.: 10-30402-JPC
CASE NAME: HAYES SR., THOMAS E
CLAIMS BAR DATE: 12/06/10
CLAIMS REVIEWED BY: PHILIP V. MARTINO, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
|  | PHILIP V. MARTINO<br>300 NORTH LASALLE STREET<br>SUITE 4000<br>CHICAGO, IL 60654 | Administrative |  | 0.00 | 1,720.05 | 1,720.05 |
|  | PHILIP V. MARTINO<br>300 NORTH LASALLE STREET<br>SUITE 4000<br>CHICAGO, IL 60654 | Administrative |  | 0.00 | 0.00 | 0.00 |
| 001<br>3110-00 | Quarles & Brady, LLP<br>Suite 4000<br>300 North LaSalle Street<br>Chicago, IL 60654 | Administrative |  | 0.00 | 2,585.70 | 2,585.70 |
|  | Subtotal for Class Administrative |  |  | 0.00 | 4,305.75 | 4,305.75 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured |  | 10,060.75 | 10,321.88 | 10,321.88 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured |  | 2,090.55 | 2,449.58 | 2,449.58 |
| 000003<br>070<br>7100-00 | American Infosource Lp As Agent for<br>World Financial Network National Bank As Catherines<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured |  | 332.28 | 495.58 | 495.58 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured |  | 140.00 | 7,266.08 | 7,266.08 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured |  | 2,702.34 | 3,019.33 | 3,019.33 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | 5,562.60 | 5,985.34 | 5,985.34 |
| 000007 070 7100-00 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | Unsecured | | 716.00 | 891.03 | 891.03 |
| 000008 070 7100-00 | Fifth Third Bank PO BOX 829009 Dallas, TX 75382 | Unsecured | | 693.26 | 895.73 | 895.73 |
| 000009 070 7100-00 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Unsecured | | 2,654.32 | 2,972.66 | 2,972.66 |
| 000010 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | 431.00 | 632.60 | 632.60 |
| 000011 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | 5,690.66 | 6,396.21 | 6,396.21 |
| 000012 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | 5,251.21 | 5,729.51 | 5,729.51 |
| 000013 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | 13,376.94 | 14,143.21 | 14,143.21 |
| 000014 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | 3,846.99 | 3,926.74 | 3,926.74 |

UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000015 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | 6,424.24 | 6,523.16 | 6,523.16 |
| 000016 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | 5,432.60 | 5,432.60 | 5,432.60 |
| 000017 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | 3,180.09 | 3,478.07 | 3,478.07 |
| | | Subtotal for Class Unsecured | | 68,585.83 | 80,559.31 | 80,559.31 |
| | | Case Totals: | | 68,585.83 | 84,865.06 | 84,865.06 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-30402
Case Name: HAYES SR., THOMAS E
HAYES, CAROL
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 1,720.05 | $ 0.00 |
| Attorney for trustee: Quarles & Brady, LLP | $ 2,547.00 | $ 38.70 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 9)

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,559.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Discover Bank* | $ 10,321.88 | $ 691.21 |
| *000002* | *Discover Bank* | $ 2,449.58 | $ 164.04 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | American Infosource Lp As Agent for | $ 495.58 | $ 33.19 |
| 000004 | Chase Bank USA, N.A. | $ 7,266.08 | $ 486.58 |
| 000005 | Chase Bank USA, N.A. | $ 3,019.33 | $ 202.19 |
| 000006 | Chase Bank USA, N.A. | $ 5,985.34 | $ 400.81 |
| 000007 | Fifth Third Bank | $ 891.03 | $ 59.67 |
| 000008 | Fifth Third Bank | $ 895.73 | $ 59.98 |
| 000009 | Chase Bank USA,N.A | $ 2,972.66 | $ 199.07 |
| 000010 | GE Money Bank | $ 632.60 | $ 42.36 |
| 000011 | PYOD LLC its successors and assigns as assignee of | $ 6,396.21 | $ 428.33 |
| 000012 | PYOD LLC its successors and assigns as assignee of | $ 5,729.51 | $ 383.68 |
| 000013 | PYOD LLC its successors and assigns as assignee of | $ 14,143.21 | $ 947.11 |
| 000014 | American Express Bank, FSB | $ 3,926.74 | $ 262.96 |
| 000015 | American Express Centurion Bank | $ 6,523.16 | $ 436.83 |
| 000016 | American Express Centurion Bank | $ 5,432.60 | $ 363.80 |
| 000017 | Fia Card Services, NA/Bank of America | $ 3,478.07 | $ 232.91 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

UST Form 101-7-TFR (9/1/2009) (Page: 11)

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .