JACQUELINE P. COX
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HAYES SR., THOMAS E | § | Case No. 10-30402 |
| HAYES, CAROL | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/10/2011 in Courtroom 619,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/10/2011                    By: Clerk of the Bankruptcy Court
                                                Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HAYES SR., THOMAS E | § | Case No. 10-30402 |
| HAYES, CAROL | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,700.72 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,700.72 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

### NONE

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,559.31  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  6.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino _____
Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Jan 14, 2011
Case: 10-30402               Form ID: pdf006           Total Noticed: 32

The following entities were noticed by first class mail on Jan 16, 2011.
```
db/jdb       +Thomas E Hayes, Sr.,   Carol Hayes,   18151 Ohio Court,   Orland Park, IL 60467-8963
aty          +Alonzo H Zahour,   Law Office of Alonzo H. Zahour,   235 Remington Boulevard Suite G1,
              Bolingbrook, IL 60440-3686
aty           Shannon F OBoye,   Quarles & Brady LLP,   300 N LaSalle St Suite 4000,   Chicago, IL 60654
tr            Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL 60654
15818475      AT&T,   PO Box 6500,   Sioux Falls, SD 57117-6500
15818473      American Express,   PO Box 981535,   El Paso, TX 79998-1535
16485735      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16495610      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15818474      American Express Costco,   PO Box 981535,   El Paso, TX 79998-1535
15818476      Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
15818478     +CFNA Firestone,   PO Box 81315,   Cleveland, OH 44181-0315
15818477     +Carol Hayes,   18151 Ohio St,   Orland Park, IL 60467-8963
15818479      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16152425      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16272985     +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15818480     +CitiCard,   PO Box 6248,   Sioux Falls, SD 57117-6248
15818483    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   Customer Service,
              MD1MOC2G-4050 38 Fountain Sq Plaza,   Cincinnati, OH 45263)
16206690     +Fifth Third Bank,   PO Box 829009,   Dallas, TX 75382-9009
15818484      HSBC Retail Services,   PO Box 15521,   Wilmington, DE 19850-5521
15818485      Hyundai Motor Finance,   PO Box 20809,   Fountain Valley, CA 92728-0809
15818487     +Macys,   PO Box 8053,   Mason, OH 45040-8053
16473083     +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15818488      Sears,   PO Box 6282,   Sioux Falls, SD 57117-6282
15818490      WFNNB Catherines,   Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
```

The following entities were noticed by electronic transmission on Jan 14, 2011.
```
16110483      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 15 2011 02:06:50
              American Infosource Lp As Agent for,   World Financial Network National Bank As,   Catherines,
              PO Box 248872,   Oklahoma City, OK  73124-8872
15818481      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2011 02:08:10       Discover,   PO Box 30943,
              Salt Lake City, UT 84130
16110308      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2011 02:08:10       Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15818482     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2011 02:08:10       Discover More Card,
              PO Box 30943,   Salt Lake City, UT 84130-0943
16500995      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 15 2011 02:06:50
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
16427043      E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2011 02:13:13       GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15818486      E-mail/PDF: cr-bankruptcy@kohls.com Jan 15 2011 02:09:06       Kohls,   PO Box 3043,
              Milwaukee, WI 53201-3043
15818489     +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2011 02:13:13       Walmart Discover,   PO Box 981064,
              El Paso, TX 79998-1064
                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL 60654
16495611*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
aty         ##+Quarles & Brady LLP,   500 West Madison Suite 3700,   Chicago,, IL 60661-4591
                                                                      TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Jan 14, 2011
Case: 10-30402               Form ID: pdf006          Total Noticed: 32
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2011**                    **Signature:**