JACQUELINE P. COX

**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** ILLINOIS

CHICAGO **DIVISION**

| In re: | § | |
| | § | |
| HAYES SR., THOMAS E | § | Case No. 10-30402 |
| HAYES, CAROL | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,699.99           Claims Discharged
                                                     Without Payment:  100,675.69

Total Expenses of Administration:  4,001.05

---

3) Total gross receipts of $ 9,701.04  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 9,701.04  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 263,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,316.05 | 4,001.05 | 4,001.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 94,402.20 | 80,559.31 | 80,559.31 | 5,699.99 |
| **TOTAL DISBURSEMENTS** | $ 357,402.20 | $ 84,875.36 | $ 84,560.36 | $ 9,701.04 |

4)  This case was originally filed under chapter 7 on  07/07/2010 .  The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/20/2011                    By:/s/PHILIP V. MARTINO
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 BUICK LACROSSE WITH 38,000 MILES | 1129-000 | 4,850.00 |
| 2007 HYUNDAI SANTE FE WITH 48,000 MILES | 1129-000 | 4,850.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.04 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,701.04** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Customer Service MD1MOC2G-4050 38 Fountain Sq Plaza Cincinnati, OH 45263 | | 61,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Customer Service MD1MOC2G-4050, 38 Fountain Sq Plaza Cincinnati, OH 45263 | | 197,000.00 | NA | NA | 0.00 |
| | Hyundai Motor Finance PO Box 20809 Fountain Valley, CA 92728-0809 | | 5,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 263,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,720.10 | 1,720.10 | 1,720.10 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.25 | 10.25 | 10.25 |
| QUARLES & BRADY, LLP | 3110-000 | NA | 2,541.63 | 2,232.00 | 2,232.00 |
| QUARLES & BRADY, LLP | 3120-000 | NA | 44.07 | 38.70 | 38.70 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,316.05 | $ 4,001.05 | $ 4,001.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 6,439.84 | NA | NA | 0.00 |
| | CFNA Firestone PO Box 81315 Cleveland, OH 44181 | | 937.16 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 17,312.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Retail Services PO Box 15521 Wilmington, DE 19850-5521 | | 649.00 | NA | NA | 0.00 |
| | Kohls PO Box 3043 Milwaukee, WI 53201-3043 | | 425.43 | NA | NA | 0.00 |
| | Macys PO Box 8053 Mason, OH 45040 | | 52.72 | NA | NA | 0.00 |
| 000014 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 3,846.99 | 3,926.74 | 3,926.74 | 277.84 |
| 000015 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 6,424.24 | 6,523.16 | 6,523.16 | 461.55 |
| 000016 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 5,432.60 | 5,432.60 | 5,432.60 | 384.38 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 332.28 | 495.58 | 495.58 | 35.06 |
| 000004 | CHASE BANK USA, N.A. | 7100-000 | 140.00 | 7,266.08 | 7,266.08 | 514.11 |
| 000005 | CHASE BANK USA, N.A. | 7100-000 | 2,702.34 | 3,019.33 | 3,019.33 | 213.63 |
| 000006 | CHASE BANK USA, N.A. | 7100-000 | 5,562.60 | 5,985.34 | 5,985.34 | 423.50 |
| 000009 | CHASE BANK USA,N.A | 7100-000 | 2,654.32 | 2,972.66 | 2,972.66 | 210.33 |
| 000001 | DISCOVER BANK | 7100-000 | 10,060.75 | 10,321.88 | 10,321.88 | 730.33 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | 7100-000 | 2,090.55 | 2,449.58 | 2,449.58 | 173.32 |
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 3,180.09 | 3,478.07 | 3,478.07 | 246.09 |
| 000007 | FIFTH THIRD BANK | 7100-000 | 716.00 | 891.03 | 891.03 | 63.05 |
| 000008 | FIFTH THIRD BANK | 7100-000 | 693.26 | 895.73 | 895.73 | 63.38 |
| 000010 | GE MONEY BANK | 7100-000 | 431.00 | 632.60 | 632.60 | 44.76 |
| 000011 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 5,690.66 | 6,396.21 | 6,396.21 | 452.57 |
| 000012 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 5,251.21 | 5,729.51 | 5,729.51 | 405.39 |
| 000013 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 13,376.94 | 14,143.21 | 14,143.21 | 1,000.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 94,402.20 | $ 80,559.31 | $ 80,559.31 | $ 5,699.99 |

Page: 1
Exhibit 8

0/1/2010
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-30402 | JPC | Judge: JACQUELINE P. COX |
| Case Name: | HAYES SR., THOMAS E |
| | HAYES, CAROL |
| For Period Ending: | 04/20/11 |

| Trustee Name: | PHILIP V. MARTINO |
| Date Filed (f) or Converted (c): | 07/07/10 (f) |
| 341(a) Meeting Date: | 09/02/10 |
| Claims Bar Date: | 12/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18151 OHIO COURT, ORLAND PARK, ILLINOIS 60467 | 221,000.00 | 0.00 | | 0.00 | FA |
| 2. FIFTH THIRD BANK CHECKING ACCOUNT | 10.00 | 0.00 | | 0.00 | FA |
| 3. SANDARD BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 4. HARRIS BANK CHECKING ACCOUNT | 103.00 | 0.00 | | 0.00 | FA |
| 5. HARRIS BANK SAVINGS ACCOUNT | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. FIFTH THIRD BANK SAVINGS | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2 BEDS, 2 DRESSERS, 2 ARMOIRES, KITCHEN TABLE AND | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. TWO ORDINARY ADULT SUPPLIES | 700.00 | 0.00 | | 0.00 | FA |
| 9. MINK COAT AND MISCELLANEOUS | 120.00 | 0.00 | | 0.00 | FA |
| 10. FIREARM 357 MAGNUM | 50.00 | 0.00 | | 0.00 | FA |
| 11. MET LIFE INSURANCE | 4,700.00 | 0.00 | | 0.00 | FA |
| 12. MONUMENTAL INSURANCE | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. MBA LIFE INSURANCE | 3,300.00 | 0.00 | | 0.00 | FA |
| 14. CITY OF CHICAGO POLICE PENSION RECEIVING MONTHLY | 3,086.00 | 0.00 | | 0.00 | FA |
| 15. HOLY CROSS HOSPITAL PENSION, RECEIVING MONTHLY | 79.12 | 0.00 | | 0.00 | FA |
| 16. 2005 BUICK LACROSSE WITH 38,000 MILES | 8,575.00 | 0.00 | | 4,850.00 | FA |
| 17. 2007 HYUNDAI SANTE FE WITH 48,000 MILES | 13,325.00 | 0.00 | | 4,850.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.04 | FA |
| TOTALS (Excluding Unknown Values) | $260,648.12 | $0.00 | | $9,701.04 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ver: 16.02b

**0/1/2010**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: | 10-30402   JPC   Judge: JACQUELINE P. COX |
| Case Name: | HAYES SR., THOMAS E |
| | HAYES, CAROL |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Date Filed (f) or Converted (c): | 07/07/10 (f) |
| 341(a) Meeting Date: | 09/02/10 |
| Claims Bar Date: | 12/06/10 |

Initial Projected Date of Final Report (TFR): 09/03/10       Current Projected Date of Final Report (TFR): 03/31/11

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Page:   1

Exhibit 9

Ver: 16.02b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30402 -JPC |
| Case Name: | HAYES SR., THOMAS E |
| | HAYES, CAROL |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 04/20/11 |

| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******0580  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/10 | | Thomas and Carol Hayes | | | 9,700.00 | | 9,700.00 |
| | * NOTE * | THOMAS AND CAROL HAYES | Memo Amount:          9,700.00 | 1129-000 | | | |
| | | | * NOTE * Properties 16, 17 | | | | |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,700.22 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,700.47 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,700.72 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,700.97 |
| 02/14/11 | 000301 | International Sureties, Ltd. | pro rata share of blanket bond prem | 2300-000 | | 10.25 | 9,690.72 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,690.79 |
| 03/02/11 | INT | Transfer to Acct #******0687 | Final Posting Transfer | 9999-000 | | 9,690.79 | 0.00 |

| | | | | COLUMN TOTALS | 9,701.04 | 9,701.04 | |
| | | | | Less: Bank Transfers/CD's | 0.00 | 9,690.79 | |
| | | | | Subtotal | 9,701.04 | 10.25 | |
| | | | | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 9,701.04 | 10.25 | |

Memo Allocation Receipts:          9,700.00
Memo Allocation Disbursements:          0.00
_____
Memo Allocation Net:          9,700.00

Page Subtotals          9,701.04          9,701.04

1:FORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

Case No: 10-30402 -JPC
Case Name: HAYES SR., THOMAS E
               HAYES, CAROL
Taxpayer ID No: *******6551
For Period Ending: 04/20/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0687 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/02/11 | | Transfer from Acct #*******0580 | Transfer In From MMA Account | 9999-000 | 9,690.79 | | 9,690.79 |
| 03/02/11 | 003001 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,720.10 | 7,970.69 |
| 03/02/11 | 003002 | Quarles & Brady, LLP Suite 4000 300 North LaSalle Street Chicago, IL 60654 | Attorney for Trustee Fees (Trustee Fees 2,232.00 Expenses 38.70 | 3110-000 3120-000 | | 2,270.70 | 5,699.99 |
| 03/02/11 | 003003 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 7.07555% | 7100-000 | | 730.33 | 4,969.66 |
| 03/02/11 | 003004 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 7.07550% | 7100-000 | | 173.32 | 4,796.34 |
| 03/02/11 | 003005 | American Infosource Lp As Agent for World Financial Network National Bank As Catherines PO Box 248872 Oklahoma City, OK 73124-8872 | Claim 000003, Payment 7.07454% | 7100-000 | | 35.06 | 4,761.28 |
| 03/02/11 | 003006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000004, Payment 7.07548% | 7100-000 | | 514.11 | 4,247.17 |
| 03/02/11 | 003007 | Chase Bank USA, N.A. | Claim 000005, Payment 7.07541% | 7100-000 | | 213.63 | 4,033.54 |
| | | | Page Subtotals | | 9,690.79 | 5,657.25 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.02b

LFORM24

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30402 -JPC |
|---|---|
| Case Name: | HAYES SR., THOMAS E |
| | HAYES, CAROL |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 04/20/11 |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0687 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/02/11 | 003008 | PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 7.07562% | 7100-000 | | 423.50 | 3,610.00 |
| 03/02/11 | 003009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 7.07608% | 7100-000 | | 63.05 | 3,546.95 |
| 03/02/11 | 003010 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Claim 000008, Payment 7.07579% | 7100-000 | | 63.38 | 3,483.57 |
| 03/02/11 | 003011 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Claim 000009, Payment 7.07548% | 7100-000 | | 210.33 | 3,273.24 |
| 03/02/11 | 003012 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000010, Payment 7.07556%<br>(10-1) WAL-MART DISCOVER CARD | 7100-000 | | 44.76 | 3,228.48 |
| 03/02/11 | 003013 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000011, Payment 7.07560% | 7100-000 | | 452.57 | 2,775.91 |
| 03/02/11 | 003014 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000012, Payment 7.07547% | 7100-000 | | 405.39 | 2,370.52 |
| 03/02/11 | 003015 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000013, Payment 7.07548% | 7100-000 | | 1,000.70 | 1,369.86 |

| | | | Page Subtotals | | 0.00 | 2,663.68 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

LFORM24

Ver: 16.02b

FORM 2

Page: 4
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30402 -JPC |
| Case Name: | HAYES SR., THOMAS E |
| | HAYES, CAROL |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 04/20/11 |

| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0687  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | | | | | |
| 03/02/11 | 003016 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000014, Payment 7.07559% (14-1) CREDIT CARD DEBT | 7100-000 | | 277.84 | 1,097.42 |
| 03/02/11 | 003017 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000015, Payment 7.07556% (15-1) CREDIT CARD DEBT | 7100-000 | | 461.55 | 635.87 |
| 03/02/11 | 003018 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000016, Payment 7.07543% (16-1) CREDIT CARD DEBT | 7100-000 | | 384.38 | 246.09 |
| 03/02/11 | 003019 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000017, Payment 7.07548% | 7100-000 | | 246.09 | 0.00 |
| | | | | Page Subtotals | 0.00 | 1,369.86 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 16.02b

1.FORM24

Page: 5

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30402 -JPC |
| Case Name: | HAYES SR., THOMAS E |
| | HAYES, CAROL |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 04/20/11 |

| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0687  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | Memo Allocation Receipts: | 0.00 | | | | |
| | | Memo Allocation Disbursements: | 0.00 | | | | |
| | | Memo Allocation Net: | 0.00 | | | | |

| | | | | | Deposits ($) | Disbursements ($) | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 9,690.79 | 9,690.79 | |
| | | | Less: Bank Transfers/CD's | | 9,690.79 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,690.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 9,690.79 | |

| | | | | | NET DEPOSITS | NET DISBURSEMENTS | |
|---|---|---|---|---|---|---|---|
| | | Total Allocation Receipts: | 9,700.00 | TOTAL - ALL ACCOUNTS | | | ACCOUNT BALANCES |
| | | Total Allocation Disbursements: | 0.00 | BofA - Money Market Account - *******0580 | 9,701.04 | 10.25 | |
| | | Total Memo Allocation Net: | 9,700.00 | BofA - Checking Account - *******0687 | 0.00 | 9,690.79 | |
| | | | | | 9,701.04 | 9,701.04 | |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | | 0.00 | 0.00 | 0.00 |